# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 31, 2023

**VIA ECF & EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   *United States v. Chadwick Richards, 23-mj-6796*

Dear Honorable Judge Krause:

I write to respectfully request that my client, Chadwick Richards, release conditions be modified to permit him to travel Edison, New Jersey from December 2-3, 2023, to attend his son's Jiu Jitsu competition.

Mr. Richards made his initial appearance on October 17, 2023, before the Honorable Victoria Reznik and was released on conditions. He has been compliant with the conditions since his release. His family had made arrangements to attend his son's event, including hotel accommodations, prior to his arrest. They are hoping to still attend this competition and can provide all necessary details to his pre-trial services officer.

I have contacted the Government, through Assistant United States Attorney David Markewitz, who has no objection to this request. His Pre-trial Officer, Viosanny Harrison, also has no objection to this request. Therefore, Mr. Richards respectfully request permission to travel as outlined. Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

**APPLICATION GRANTED.**
Dated: November 1, 2023

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge