# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10601-4150
Tel: (914) 428-7124   Fax: (914) 948-5109

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 15, 2024

**VIA ECF & EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**APPLICATION GRANTED**

*[signature]*
Hon. Judith C. McCarthy  3-15-2024

Re:   *United States v. Chadwick Richards, 23-mj-6796*

Dear Honorable Judge McCarthy:

I write to respectfully request that my client, Chadwick Richard be permitted to travel to Puerto Rico for his uncle's wedding from April 14, 2024 until April 20, 2024.

Mr. Richards was arrested on October 17, 2023, and released on conditions. He has been compliant with his release conditions since that time. He is requesting to travel to Puerto Rico to attend his uncle's wedding in April 2024. I have contacted his Pre-Trial Services Officer, Viosanny Harrison, who has confirmed Mr. Richards's compliance with his release conditions. She does not object to this request. I have also contacted the Government, through Assistant United States Attorney David Markewitz, who has no objection to this request.

Therefore, Mr. Richards request permission to travel as outlined. Thank you for your time and consideration of this matter.

Respectfully submitted,

*[signature]*

Elizabeth K. Quinn
Assistant Federal Defender

cc:   David Markewitz, AUSA
      Viosanny Harrison, PTO