# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 19, 2024

**VIA ECF & EMAIL**

The Honorable Andrew E. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

    Re:    *United States v. Chadwick Richards, 23-mj-6796*

Dear Honorable Judge Krause:

    I write to respectfully request that my client, Chadwick Richard be permitted to travel to Puerto Rico for a family vacation from August 29, 2024 until September 3, 2024.

    Mr. Richards was arrested on October 17, 2023, and released on conditions. He has been compliant with his release conditions since that time. He is requesting to travel to Puerto Rico to attend a family vacation. I have contacted his Pre-Trial Services Officer, Viosanny Harrison, who does not object to this request. I have also contacted the Government, through Assistant United States Attorney David Markewitz, who also has no objection to this request.

    Therefore, Mr. Richards request permission to travel as outlined. Thank you for your time and consideration of this matter.

Respectfully submitted,

*/s/ Elizabeth K. Quinn*
Elizabeth K. Quinn
Assistant Federal Defender

cc:    David Markewitz, AUSA
       Viosanny Harrison, PTO

**APPLICATION GRANTED.**

Dated: August 19, 2024

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge